UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CHRISTOPHER GARY BAYLOR,**

    **Plaintiff,**

v.   Case No. 6:21-cv-617-CEM-LRH

**KENNEDY COURT, LLC,
DEPARTMENT OF HEALTH
AND HUMAN SERVICES, and
CENTERS FOR DISEASE
CONTROL AND PREVENTION,**

    **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court upon *sua sponte* review of the file. It is **ORDERED** that this case is transferred to the Honorable Paul G. Byron, with his consent, for consideration with Case No. 6:21-cv-147-PGB-GJK. The Clerk is also directed to reassign this case to United States Magistrate Judge Gregory J. Kelly.

**DONE** and **ORDERED** in Orlando, Florida on May 14, 2021.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party