UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Christopher Gary Baylor,
    Plaintiff,

vs.                                                        Case No.: 6:21-cv-00617-PGB-GJK

KENNEDY COURT, LLC, THE
DEPARTMENT OF HEALTH AND
HUMAN SERVICES, CENTERS FOR
DISEASE CONTROL AND PREVENTION,
    Defendants.
_____/

## BAYLOR'S OBJECTION

Now comes Plaintiff, Christopher Gary Baylor ("Baylor"), by and through the undersigned, and pursuant to 28 U.S.C § 636(c), hereby files this statement objecting to referral of magistrate judge, particularly on dispositive matters.

This Court should not continue to subject this minority advocate to adverse substantive consequences (such as the resulting willful delay) for withholding consent, violating the Fifth Amendment of the United States Constitution, Due Process and Equal Protection.

Respectfully submitted this 18th day of May 2021.

*Christopher Gary Baylor*
Christopher Gary Baylor

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy hereof will be served via first class mail to KENNEDY COURT, LLC, via record of counsel, 3490 North U.S. Highway 1 Cocoa, Florida 32926 on the 19th day of May, 2021.