UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTOPHER GARY BAYLOR,

          Plaintiff,

v.                         Case No. 6:21-cv-617-Orl-PGB-GJK

KENNEDY COURT, LLC,
DEPARTMENT OF HEALTH AND
HUMAN SERVICES, and CENTERS
FOR DISEASE CONTROL AND
PREVENTION,

          Defendant.
_____

## ORDER[1]

This matter is before the Court on Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction which was filed on May 14, 2021. Doc. No. 10. Plaintiff argues a Temporary Restraining Order is required in this case because he is subject to eviction in a state court proceeding. However, based on the details provided in Plaintiff's Motion, the status of the eviction proceeding is unclear. Plaintiff states that as of May 11, 2021, the Brevard County Sheriff's Office was authorized to enforce an eviction order against him. *Id.* at 2. Plaintiff claims irreparable injury and an emergency

---

[1] Magistrate Judge David A. Baker substituting for Magistrate Judge Gregory J. Kelly.

because Plaintiff has not been given the opportunity to file an Amended Complaint or a "responsive motion," but the Motion was not filed until after the eviction order was apparently entered. *Id.* On May 18, 2021, the District Judge referred this matter to the undersigned for Report and Recommendations. Doc. No. 13.

As the Motion may be moot, or alternatively, Plaintiff's requests may be subject to the *Rooker-Feldman* doctrine, the *Younger* abstention doctrine, and may violate the Anti-Injunction Act, 28 U.S.C. § 2283, the Court directs Plaintiff to file a status report regarding the state of the proceedings in Brevard County, as well as address the doctrines that may preclude relief within **fourteen (14) days** from the date of this Order. *See Rooker v. Fid. Tr. Co.*, 263 U.S. 413, 415-16 (1923); *D.C. Ct. of Appeals v. Feldman*, 460 U.S. 462, 476-82 (1983); *Younger v. Harris*, 401 U.S. 37, 43 (1971). Any Defendant wishing to be heard on these issues may make an appropriate filing within the same timeframe.

**DONE and ORDERED** in Orlando, Florida, on May 27, 2021.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

2